**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7916**

---

CALVIN G. GRAY,

Plaintiff - Appellant,

versus

CHARLES R. SMITH, Individually and in his per-
sonal capacity as a private citizen and in his
official capacity as a Prosecutor of Mercer
County, West Virginia,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, District
Judge.  (CA-95-862-1)

---

Submitted:  April 15, 1996          Decided:  April 29, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Calvin G. Gray, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order adopting the magistrate judge's recommendation to dismiss his complaint pursuant to 28 U.S.C. § 1915(d) (1988). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. Gray v. Smith, No. CA-95-862-1 (S.D.W. Va. Oct. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED